FILED

04/20/2022

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 22-0082

IN THE SUPREME COURT OF THE STATE OF MONTANA

No. DA 22-0082

STATE OF MONTANA,

      Plaintiff and Appellee,

  v.

JOSHUA JAMES HOWELL,

      Defendant and Appellant.

## GRANT

Pursuant to authority granted under Mont. R. App. P. 26(1), the Appellant is given an extension of time until May 20, 2022, to prepare, file, and serve the Appellant's opening brief.

Electronically signed by:
Bowen Greenwood
Clerk of the Supreme Court
April 20 2022